UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ORTIZ & ORTIZ, L.L.P.**
127 Livingston Street
Brooklyn, New York 11201
Tel. (718) 522-1117
Fax (718) 596-1302
*Attorneys for the Defendants*

In re:

JORGE L. PANEQUE AND BELKIS L. PANEQUE

Joint Debtors.

Case No. 13-25816-DHS

ESTATE OF BASILIO VILLAREAL and BMV INC.,

Plaintiffs,

vs.

JORGE L. PANEQUE, D/B/A PANEQUE ACCOUNTING SERVICES, LEOBIGILDA PANEQUE A/K/A BELKIS L. PANEQUE,

Defendants.

Adv. Proc. No. 13-02023-DHS

Judge:   Donald H. Steckroth

*Order Filed on 4/9/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*

### ORDER EXTENDING DISCOVERY DEADLINE

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: 4/9/2014**

Honorable Donald H. Steckroth
United States Bankruptcy Judge

## STIPULATION EXTENDING DISCOVERY DEADLINE

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among the undersigned attorneys for the plaintiffs and for the defendants in the above captioned adversary proceeding (the "Adversary Proceeding") as follows:

1. The time for all discovery in this Adversary Proceeding to be completed is extended to **May 16, 2014**. Any motions to compel discovery are to be made so that the court can rule and the discovery can be obtained before that date.

2. All other motions shall be filed no later than **June 20, 2014**, and returnable no later than **July 11, 2014.**

3. This Stipulation may be signed in counterparts, with each part being deemed a part of the original document.

4. Facsimile signatures of each of the parties hereto shall be deemed originals for purposes of this Stipulation.

5. The parties consent to the entry of this Stipulation as an Order in the Adversary Proceeding.

Dated: April 4, 2014
       Brooklyn, New York

| | |
|---|---|
| */s/Eric S. Medina* | */s/Norma E. Ortiz* |
| ERIC S. MEDINA, ESQ. | NORMA E. ORTIZ, ESQ. |
| Attorney for Plaintiffs | Attorney for Defendants |
| MEDINA LAW FIRM LLC | ORTIZ & ORTIZ, L.L.P. |
| The Chrysler Building | 127 Livingston Street |
| 405 Lexington Avenue, 7th Floor | Brooklyn, New York 11201 |
| New York, NY 10174 | Telephone: (718) 522-1117 |
| Telephone: (212) 404-1742 | |

*Approved by Judge Donald H. Steckroth April 09, 2014*