| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | | |
| MEDINA LAW FIRM LLC<br>405 Lexington Avenue<br>Seventh Floor<br>New York, NY 10174<br>Tel. (212) 404-1742<br>Fax. (888) 833-9534<br>Attorneys for Estate of Basilio Villareal & BMV, Inc. | | |
| In Re:<br>JORGE L. PANEQUE AND BELKIS L. PANEQUE. | Case No.: | 13-25816-DHS |
| | Adv. No.: | 13-02023-DHS |
| ESTATE OF BASILIO VILLAREAL and BMV INC., | Pre Trial Date: | 1/15/15 |
| | Judge: | Donald H. Steckroth |
| Plaintiff(s)<br>v.<br>JORGE L PANEQUE, D/B/A PANEQUE ACCOUNTING SERVICES, LEOBIGILDA PANEQUE A/K/A BELKIS L. PANEQUE<br>Defendant(s) | | |

## JOINT ORDER SCHEDULING
## MOTIONS FOR SUMMARY JUDGMENT

The relief set forth on the following pages, numbered two (2) ~~through three (3)~~ is hereby ORDERED.

1/15/15

A pretrial hearing having been conducted pursuant to *Fed.R.Civ.P* 16, made applicable to these proceedings by *Fed.R.Bankr.P.* 7016, and the parties agreeing that the matter may be amenable to adjudication by way of summary judgment pursuant to *Fed.R.Civ.P.* 56, made applicable to these proceedings by *Fed.R.Bankr.P.* 7056, it is

ORDERED that

1. All motions for summary judgment are to be filed on or before February 13, 2015.
2. All replies to said motions for summary judgment are to be filed on or before February 27, 2015.
3. A hearing on said motions for summary judgment is hereby scheduled for March 9, 2015 at 2:00 P.M.