Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Jorge L. Paneque and Belkis L. Paneque
Debtor

Case No.: 13–25816–DHS
Chapter 7

Esate of Villareal
Plaintiff

v.

Jorge L. Paneque
Defendant

Adv. Proc. No. 13–02023–DHS                    Judge: Donald H. Steckroth

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on January 16, 2015, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 17
Joint Scheduling Motions for Summary Judgment . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/15/2015 (zlh)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 16, 2015
JJW: zlh

                                        James J. Waldron
                                        Clerk